IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHNNY D. CHAFFIN                                                                                    PLAINTIFF

v.                                              4:06CV00466 WRW

JO ANNE B. BARNHART, COMMISSIONER
OF SOCIAL SECURITY ADMINISTRATION[1]                                         DEFENDANT

## JUDGMENT

In accordance with the Court's Order filed this date, its is Considered, Ordered and Adjudged that the claims of Plaintiff should be, and they are hereby, DISMISSED WITH PREJUDICE.

DATED this 26th day of August, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Michael J. Astrue was sworn in as Commissioner of the Social Security on February 12, 2007.  He, therefore, is substituted for Jo Anne B. Barnhart under Fed. R. Civ. P. 25(d)(1).